# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br><br>KOGV LLC dba Avena Ristorante<br><br>**Debtor.** | **Case No. 24-10574 (JPM)**<br>**Chapter 11** |

## INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

In accordance with the Notice of 341(a) Meeting of Creditors, the section 341 meeting of creditors for this chapter 11 case, scheduled for **May 6, 2024 at 2 p.m.** (the "Designated Meeting Time"), will be conducted by **telephone conference.**

All parties shall appear by phone at the section 341 at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On May 6, 2024 at 2 p.m., parties shall dial-in to the meeting using the following dialing instructions:

- **Meeting Dial-in No: (877) 929-0164**, and when prompted, enter the
- **Participant Code: 3310990**, followed by #.

Dated: New York, New York  
        May 2, 2024

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE

By:   /s/ *Tara Tiantian*  
Tara Tiantian  
Trial Attorney  
Alexander Hamilton Custom House  
One Bowling Green, Room 534  
New York, NY, 10004  
Tel. (212) 510-0500  
Fax (212) 668-2255